IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

JOHN PETRI
(Plaintiff)

Vs.

SHEET METAL WORKERS NATIONAL PENSION FUND, ET AL.
(Defendant)

Case Number: 07 CIV 6142

# AFFIDAVIT OF SERVICE
By Private Process Server

The undersigned, being duly sworn deposes and says:
That I am a competent person more than 18 years of age and not a party to this action.

That I served:    **SHEET METAL WORKERS NATIONAL PENSION FUND**

The following documents:
**SUMMONS AND COMPLAINT**

At this address:    601 NORTH FAIRFAX STREET, #500
                    ALEXANDRIA         VA 22314-

Date/Time of Service:    On the 13 day of July ,2007 at 05:58 PM

Manner of Service:    **BY DELIVERY TO VANESSA HAMILTON, PENSION MANAGER**

Description of Person Served:
Race: **BLACK**    Sex: **F**    Age: **40**    Height: **5.9**    Weight: **175**    Hair: **BROWN**    Glasses: **Y**

THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY THAT HE/SHE HAS PERSONAL KNOWLEDGE OF THE FOREGOING FACTS, THAT THE FACTS ARE TRUE AND CORRECT AND THIS AFFIDAVIT WAS EXECUTED BY: **WILLIAM MALONE**    Agency Reference #: 92007-0680

Signature of person serving process    Date: 7/17/2007

Address of Process Server: 30 Courthouse Square, Suite 206, Rockville, Maryland 20
Firm/Company Names
Party Requesting Service:    R/D TRAVELER'S PROCESS
Telephone Number    (800)456-7762    Fax: (516)747-4103
Address:            250 OLD COUNTRY ROAD, STE. 504
                    MINEOLA         NY 11501-

Sworn before me this ____ day of JUL 1 7 2007  20____    My commission expires ____
Notary Public  Shannon M. Stone    Signature of Notary

Shannon M. Stone
NOTARY PUBLIC
Frederick County Maryland
My Commission Expires April 28, 2009