IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **JOHN PETRI,** | * | |
|     Plaintiff, | * | |
| vs. | * | Case No. 07-CV-6142 |
| | * | |
| **SHEET METAL WORKERS'** | * | |
| **NATIONAL PENSION FUND, et al.** | * | |
|     Defendants. | *** | |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ X ]   I certify, as party/counsel in this case that <u>Sheet Metal Workers' National Pension Fund and its Trustees</u> is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 50.1 (c)

[   ]   The following corporate affiliations exist with _____:
                                                                                (name of party)

_____
                                    (names of affiliates)

[   ]   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

                            (names of entities with possible financial interests)

<u>August 14, 2007</u>                               /s/ *Brian J. Petruska*
*Date*                                                  *Signature*

                                                            <u>Brian J. Petruska, Esq.</u>          <u>BP 6173</u>
                                                            *Printed Name*                          *Bar Number*

                                                            <u>1625 Massachusetts Ave., N.W., Suite 450</u>
                                                            *Address*

                                                            <u>Washington, D.C. 20036</u>
                                                            *City/State/Zip*

                                                            <u>(202) 797-8700</u>               <u>(202) 234-8231</u>
                                                            *Phone No.Fax*                    *No.*