AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

John Petri,

            Plaintiff,

v.

Sheet Metal Workers National Pension Fund et al.,

           Defendants.

**APPEARANCE**

Case Number: 07-cv-06142 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   local Defendants.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/22/2007 | _[signature]_ |
| Date | Signature |
| | Adrienne L. Saldana                (AS 8327) |
| | Print Name                          Bar Number |
| | Spivak Lipton LLP, 1700 Broadway, Suite 2100 |
| | Address |
| | New York          NY          10019 |
| | City               State          Zip Code |
| | (212) 765-2100          (212) 765-8954 |
| | Phone Number          Fax Number |