UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETRI,

               Plaintiffs,

  - against -

SHEET METAL WORKERS NAT'L PENSION FUND,

               Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2008

07 Civ. 6142 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The application by Victoria Quesada, Esq., to withdraw as counsel for the plaintiff is **granted**. Ms. Quesada should provide a copy of this Order to the plaintiff and file proof of service with the Court by **February 14, 2008**.

    The plaintiff is directed to substitute new counsel by **March 14, 2008**. Alternatively, the plaintiff may file a notice that he is appearing pro se together with the address at which papers can be served and a telephone number. If the plaintiff fails to appear by new counsel or pro se by March 14, 2008, this action may be dismissed without prejudice for failure to prosecute.

    The plaintiff is advised that the plaintiff may consult the Pro Se Office of the Court for information about proceeding pro se. The Pro Se Office can be contacted at

Pro Se Office
United States District Court
Southern District of New York
500 Pearl Street, Room 230
New York, NY 10007
212-805-0177

SO ORDERED.

Dated: New York, New York
       February 7, 2008

                              John G. Koeltl
                          United States District Judge