# SAPIR & FRUMKIN LLP

### ATTORNEYS AT LAW

399 KNOLLWOOD ROAD, SUITE 310

WHITE PLAINS, NEW YORK 10603

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN
KATHRYN E. WHITE**
EMILY A. ROSCIA
WILLIAM F. CUSACK III
ELIZABETH E. HUNTER

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.
***ADMITTED IN N.Y. & CA

WRITER'S EMAIL: WFrumkin@sapirfrumkin.com

TEL: (914) 328-0366
FAX: (914) 682-9128

**NSO ENDORSED**

RECEIVED
MAR 4 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

| USDS SDNY | PARALEGAL |
| DOCUMENT | RACHEL L. HORTON |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 3/5/08 | |

March 4, 2008

***Via Facsimile Transmission Only***
***Facsimile No.: (212) 805-7912***

Hon. John G. Koeltl, U.S.D.J.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1030
New York, New York 10007

*Application granted*
*The parties should submit*
*a revised scheduling order*
*by March 18, 2008.*
*S O Ordered.* *[signature]*
*U.S.D.J.*
*3/4/08*

Re:    ***Petri, John v. Sheet Metal Workers National Pension Fund***
       ***Civil Action No. 07 Civ. 6142 (JGK)(THK)***
       ***Our File No. 08-7950***

Dear Judge Koeltl:

We were recently retained by John Petri to substitute as his attorney in the above referenced matter. I write regarding the discovery cut-off date scheduled for April 18, 2008.

We just received our client's file from his former attorney, Ms. Victoria Queseda, who withdrew from representation on February 8, 2008. In light of our recent retention, we respectfully request a sixty-day extension of the discovery cut-off to June 18, 2008. To our knowledge, there has been no previous request for the extension. Counsel for Sheet Metal Workers National Pension Fund does not object to our request.

Hon. John G. Koeltl, U.S.D.J.           -2-          March 4, 2008
United States District Judge

        Thank you for your courtesies in this matter. If you have any questions, please do not hesitate to contact me.

                    Respectfully submitted,

                    William D. Frumkin (WF2173)

WDF:WFC

cc:     Magistrate Theodore Katz (via facsimile)
        Mr. John Petri (via first class mail)
        Adrienne Lisa Saldana, Esq. (via facsimile)
        Brian J. Petruska, Esq. (via facsimile)

F:\APPLICAT\WP\Petri\Letters\L-USDJ Koehl.03.04.08.wpd\dp