```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JOHN PETRI,                          )
                                     )
            Plaintiff,               )    CIVIL ACTION NO. 07-6142
                                     )    JUDGE KOELTL
                                     )
SHEET METAL WORKERS'                 )    ORDER FOR ADMISSION
NATIONAL PENSION FUND, et al.,       )    *PRO HAC VICE*
                                     )    ON WRITTEN NOTICE
            Defendants.              )
                                     )
------------------------------------------------x

## ADMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Christopher J. Schulte, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: 6/24/08

_____
United States District Judge