UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JOHN PETRI,                          )
                                     )
               Plaintiff,           )     CIVIL ACTION NO. 07-6142
                                     )     JUDGE KOELTL
                                     )
SHEET METAL WORKERS'                 )
NATIONAL PENSION FUND, et al.,       )     MOTION FOR ADMISSION
                                     )     *PRO HAC VICE*
               Defendants.          )
                                     )
------------------------------------------------------x

      By and through undersigned counsel, a member of good standing of the Bar of this Court, comes the defendant, Sheet Metal Workers' National Pension Fund, et al., pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, and respectfully requests an Order from this Honorable Court enrolling the following attorney as co-counsel of record in the above-captioned matter:

      Christopher J. Schulte
      Slevin & Hart, P.C.
      1625 Massachusetts Ave., N.W., Suite 450
      Washington, DC 20036
      (202) 797-8700
      (202) 234-8231 (fax)

      Mr. Schulte is a member in good standing of the District of Columbia Bar, and is also admitted to practice in the States of New York, New Hampshire, Massachusetts, and the United States District Court for the Northern District of New York. There are no pending disciplinary proceedings against Mr. Schulte in any State or Federal Court. A certificate of good standing from the District of Columbia Court of Appeals is attached. The declaration of the undersigned is also attached.

Dated: June 18, 2008                    Respectfully submitted,

_____
Brian J. Petruska
SDNY Bar No. 6173
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W.
Suite 450
Washington, D.C. 20036
Tel: (202) 797-8700
Fax: (202) 234-8231

Attorney for Defendants
Sheet Metal Workers' National Pension
Fund, and the Board of Trustees of the Sheet
Metal Workers' National Pension Fund

111836v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
| | |
|---|---|
| JOHN PETRI, | ) |
| | ) |
| Plaintiff, | )   CIVIL ACTION NO. 07-6142 |
| | )   JUDGE KOELTL |
| | ) |
| SHEET METAL WORKERS' | ) |
| NATIONAL PENSION FUND, et al., | )   **CERTIFICATE OF SERVICE** |
| | ) |
| Defendants. | ) |
| | ) |

------------------------------------------------------x

      I certify that on this <u>18th</u> day of June, 2008, I caused the foregoing Motion of *Pro Hac Vice* Appearance of Christopher J. Schulte, Declaration of Brian J. Petruska, and Proposed Order be served to the party listed below via first-class mail, postage prepaid:

      Mr. John Petri, Plaintiff
      53 Hartsdale Road
      Elmsford, NY  10523

Date: June 18, 2008

      */s/ Brian J. Petruska*
      Brian J. Petruska (BP 6173)
      SLEVIN & HART, P.C.
      1625 Massachusetts Ave., N.W.
      Suite 450
      Washington, D.C.  20036
      Tel:  (202) 797-8700
      Fax: (202) 234-8231

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JOHN PETRI,                              )
                                         )
                Plaintiff,      )    CIVIL ACTION NO. 07-6142
                                         )    JUDGE KOELTL
                                         )
SHEET METAL WORKERS'                     )
NATIONAL PENSION FUND, et al.,           )
                                         )
                Defendants.     )
                                         )
------------------------------------------------------x

## DECLARATION OF BRIAN J. PETRUSKA
## IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, BRIAN J. PETRUSKA, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an associate with the law firm of Slevin & Hart, P.C.

2. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Mr. Christopher J. Schulte, Esq. as counsel *pro hac vice* to represent Defendants in the above captioned matter.

3. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 22, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

4. I have known Mr. Schulte since November 2006, and find him to be of high moral character and suitable for admission to the United States District Court for the Southern District of New York.

5. Accordingly, I am pleased to move for the admission of Mr. Schulte, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Mr. Schulte, *pro hac vice*, which is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of June, 2008, at Washington, D.C.

                                                                        Brian J. Petruska

                    SDNY Bar No. 6173
                    SLEVIN & HART, P.C.
                    1625 Massachusetts Ave., N.W.
                    Suite 450
                    Washington, D.C.  20036
                    Tel:  (202) 797-8700
                    Fax: (202) 234-8231

111864v1



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CHRISTOPHER J. SCHULTE

was on the 13TH day of OCTOBER, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 4, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
       Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JOHN PETRI,                               )
                                          )
              Plaintiff,           )   CIVIL ACTION NO. 07-6142
                                          )   JUDGE KOELTL
                                          )
SHEET METAL WORKERS'                      )   ORDER FOR ADMISSION
NATIONAL PENSION FUND, et al.,            )   *PRO HAC VICE*
                                          )   ON WRITTEN NOTICE
              Defendants.          )
                                          )
-------------------------------------------------------x


## ADMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Christopher J. Schulte, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.


Dated: _____                    _____
                                                United States District Judge