UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

JOHN PETRI,

                Plaintiff,        07 Civ. 6142 (JGK)

     - against -              ORDER

SHEET METAL WORKERS NATIONAL PENSION
FUND, ET AL.,

                Defendants.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to notify the Court by **September 22, 2009** whether this matter has been resolved. If it is not resolved by the parties, the Court will proceed to decide the pending motion.

SO ORDERED.

Dated:    New York, New York
            September 18, 2009

                                        John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-21-09

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____