UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

JOHN PETRI,

                Plaintiff,        07 Civ. 6142 (JGK)

      - against -           ORDER

SHEET METAL WORKERS' NAT'L PENSION
FUND, ET AL.,

                Defendants.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    Pursuant to this Court's individual rules of practice, the defendants are directed to provide the Court with a complete set of courtesy copies of the defendants' motion for attorneys' fees by **January 8, 2010**.

SO ORDERED.

Dated:    New York, New York
           December 23, 2009

                                            John G. Koeltl
                                    United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/09
```